IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID COURTNEY,[1] | § | |
| | § | |
| Respondent Below, | § | No. 288, 2019 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| CHRISTINE ACOSTA, | § | File No. CN15-01320 |
| | § | Petition No. 18-35648 |
| Petitioner Below, | § | |
| Appellee. | § | |
| | § | |
| IN THE INTEREST OF: | § | |
| RAFAEL COURTNEY | § | |

Submitted: October 29, 2019
Decided: November 5, 2019

**O R D E R**

(1)    On September 9, 2019, the Senior Court Clerk sent a letter directing the appellant to pay the Family Court filing fee and transcript cost on or before September 24, 2019, or this Court would issue a notice to show cause why the appeal should not be dismissed.  On September 25, 2019, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to pay the Family Court filing fee and transcript cost.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

(2)     The notice to show cause was sent to the address that the appellant provided in the notice of appeal, but postal records indicate that a notice of attempted delivery was left because no authorized recipient was available.  The Chief Deputy Clerk resent the notice to show cause on October 18, 2019, by first-class mail.

(3)     The appellant having failed to respond to the notice to show cause within the required ten-day period or to report any change of address to the Court, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Acting Chief Justice[2]

---

[2] Pursuant to DEL. CONST. Art. IV, §§ 2, 13.